McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CV-01899-GEB-GGH |
| ) | |
| Plaintiff, ) | ***AMENDED* APPLICATION AND** |
| ) | **ORDER FOR PUBLICATION** |
| v. ) | |
| ) | |
| APPROXIMATELY $415,000.00 IN U.S. ) | |
| CURRENCY SEIZED FROM SUN NATIONAL ) | |
| BANK ACCOUNT NUMBER 4750855637, ) | |
| HELD IN THE NAME OF INTRAMARK USA, ) | |
| INC. AND ) | |
| ) | |
| APPROXIMATELY $184,246.76 IN U.S. ) | |
| CURRENCY SEIZED FROM SUN NATIONAL ) | |
| BANK ACCOUNT NUMBER 4750855624, ) | |
| HELD IN THE NAME OF INTRAMARK USA, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

1

1    2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

    3.   The defendant Approximately $415,000.00 in U.S. Currency Seized from Sun National Bank Account Number 4750855637, held in the name of Intramark USA, Inc. and the defendant Approximately $184,246.76 in U.S. Currency Seized from Sun National Bank Account Number 4750855624[1], held in the name of Intramark USA, Inc. (hereafter "the defendant funds") were seized in the city of Vineland, in Cumberland County, New Jersey. The Department of the Treasury, Internal Revenue Service published notice of the non-judicial forfeiture of the defendant funds on April 29, 2008, and May 6 and 13, 2008, in The Star-Ledger.

    4.   Plaintiff proposes that publication be made as follows:

        a.   One publication;

        b.   In the following newspaper, a legal newspaper of general circulation, located in the county in which the defendant funds were seized: The Press of Atlantic City;

        c.   The publication is to include the following:

            (1)   The Court, title and number of the action;

            (2)   The date of the arrest/seizure;

            (3)   The identity and/or description of the property arrested/seized;

            (4)   The name, address, and telephone number of the attorney for the Plaintiff;

---

[1] The account number was incorrectly listed as 4750**2**55624 in the Application and Order for Publication filed on August 26, 2008.

    (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

    (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

    (7) A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

    (8) The name, address, and telephone number of the U.S. Marshal and/or the Department of the Treasury, Internal Revenue Service.

DATED: Sept. 8, 2008
           McGREGOR W. SCOTT
           United States Attorney

           /s/ Kristin S. Door
           KRISTIN S. DOOR
           Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: 09/11/08
           /s/ Gregory G. Hollows
           GREGORY G. HOLLOWS
           United States Magistrate Judge

$415,000.00.ord