1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )    2:08-CV-01899-GEB-GGH
12              Plaintiff,             )
                                       )    STATUS (PRETRIAL
13         v.                          )    SCHEDULING) ORDER
                                       )
14  APPROXIMATELY $415,000.00 IN U.S.  )
    CURRENCY SEIZED FROM SUN NATIONAL  )
15  BANK ACCOUNT NUMBER 4750855637,    )
    HELD IN THE NAME OF INTRAMARK USA, )
16  INC., and,                         )
    APPROXIMATELY $184,246.76 IN U.S.  )
17  CURRENCY SEIZED FROM SUN NATIONAL  )
    BANK ACCOUNT NUMBER 4750255624,    )
18  HELD IN THE NAME OF INTRAMARK USA, )
    INC.,                              )
19              Defendants.            )
                                       )
20  ─────────────────────────────────

21         Plaintiff states in its Status Report filed November 21,

22  2008, it "will be taking all necessary action to seek default

23  judgment in this case."  However, Plaintiff fails to explain when

24  it plans on taking any action.  Therefore, conjecture is required

25  to determine when another status hearing should be scheduled.

26         The status (pretrial scheduling) conference currently set

27  for December 8, 2008, is rescheduled to commence at 9:00 a.m. on

28  April 27, 2009.  Plaintiff shall file a status report no later than

                                   1

fourteen days prior to the April 27, 2009 scheduling conference, in which Plaintiff shall explain the status of the default issue, and whether reason exists not to dismiss this action for lack of prosecution.

IT IS SO ORDERED.

Dated:  December 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge