```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

              Plaintiff,

         v.                              CR. NO. S-08-566 LKK

RANDALL LEE RAHAL,
                                              O R D E R
              Defendant.
                                   /
```

The court is in receipt of the notices of related cases filed on December 31, 2008 and February 10, 2009, in which parties to other civil actions state that this case is related to Case No. 08-cv-03017-MCE-EFB, Case No. 08-cv-01899-GEB-GGH, Case No. 09-cv-000027-MCE-EFB, Case No. 09-cv-00148-MCE-EFB, and Case No. 09-cv-00208-FCD-GGH. After review of the cases, the court concludes that they do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate them.

IT IS SO ORDERED.

DATED:  February 17, 2009.

```
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
```