UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                              CR. NO. S-08-566 LKK

RANDALL LEE RAHAL,

                                  O R D E R

          Defendant.

                              /

    On February 18, 2009, the court declined to relate this case to <u>United States of America v. Approximately $415,000 in U.S. Currency</u>, 08-cv-1899-GEB-GGH. A petitioner / claimant in that case has filed a renewed notice of related cases. Upon review of both cases, the court again concludes that they do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate them.

    IT IS SO ORDERED.

    DATED: April 9, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT