```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  2:08-cv-01899-GEB-GGH
                                  )
12           Plaintiff,           )  FINAL JUDGMENT OF
                                  )  FORFEITURE
13      v.                        )
                                  )
14  APPROXIMATELY $415,000.00 IN U.S. )
    CURRENCY SEIZED FROM SUN NATIONAL )
15  BANK ACCOUNT NUMBER 4750855637,   )
    HELD IN THE NAME OF INTRAMARK USA,)
16  INC. AND                          )
                                      )
17  APPROXIMATELY $184,246.76 IN U.S. )
    CURRENCY SEIZED FROM SUN NATIONAL )
18  BANK ACCOUNT NUMBER 4750855624,   )
    HELD IN THE NAME OF INTRAMARK USA,)
19  INC.                              )
                                      )
20           Defendants.              )
                                      )
21

22       Pursuant to the Stipulation for Final Judgment of

23  Forfeiture, the Court finds:

24       1.  This is a civil forfeiture action against Approximately

25  $415,000.00 in U.S. Currency seized from Sun National Bank

26  Account Number 4750855637, held in the name of Intramark USA,

27  Inc., and Approximately $184,246.76 in U.S. Currency seized from

28  Sun National Bank Account Number 4750855624, held in the name of
```

Intramark USA, Inc. (hereafter referred to as "the defendant funds"), seized on or about April 16, 2008, at the Sun National Bank located at 226 Landis Avenue, Vineland, New Jersey, by the Internal Revenue Service-Criminal Investigation.

2. An Amended Verified Complaint for Forfeiture *In Rem* (hereafter "Complaint") was filed on or about September 8, 2008, seeking the forfeiture of the defendant funds, alleging that said funds are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1) and 981(a)(1)(C).

3. On or about September 8, 2008, the Clerk issued an Amended Warrant for Arrest of Articles *In Rem* for the defendant funds, and that warrant was duly executed on September 9, 2008.

4. On August 18, 2008, copies of the Verified Complaint, Application and Order for Publication, Warrant for Arrest of Articles *In Rem*, and Court notices were served on Randall Rahal and Intramark USA, Inc.'s attorney, Joshua W. Denbeauz, by certified mail number 7006 2150 0001 6368 5138. On August 28, 2008, the Department of Treasury, Internal Revenue Service personally served the above-referenced documents on Randall Rahal and Intramark USA, Inc. c/o President Randall Rahal at 260 Shadyside Road, Ramsey, New Jersey, 07446.

5. On September 8, 2008, copies of the Amended Verified Complaint, Amended Application and Order for Publication, Amended Warrant for Arrest of Articles *In Rem*, and Court notices were sent by certified mail number 7006 2150 0001 6370 2590 to David W. Dratman, local counsel for Randall Rahal, at 1007 7th Street, Ste. 305, Sacramento, California 95814.

6. On October 4, 2008, a Public Notice of Arrest of the

defendant funds appeared by publication in *The Press of Atlantic City*, a newspaper of general circulation in the county in which the defendant funds were seized (Cumberland County). The Certification - Proof of Publication was filed with the Court on October 15, 2008.

    7.    No parties have filed claims or answers in this matter and the time for which any person or entity may file a claim and answer has expired.

    8.    On February 20, 2009, a Stipulation for Final Judgment of Forfeiture was filed wherein Randall Rahal, individually and on behalf of Intramark USA, Inc. (hereafter collectively "Rahal"), agreed to forfeit his right, title and interest in the defendant funds to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

    1.    The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2.    Judgment is hereby entered against Rahal and all other potential claimants who have not filed claims in this action.

    3.    The defendant funds, plus any interest that may have accrued, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of according to law.

    4.    The plaintiff United States of America and its servants, agents, and employees and all other public entities, their

servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

    5.  Pursuant to the stipulation of the parties, and the allegations set forth in the Amended Verified Complaint for Forfeiture *In Rem* filed September 8, 2008, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

    6.  All parties are to bear their own costs and attorneys' fees, if any.

Dated:  April 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

<u>Certificate of Reasonable Cause</u>

    Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Amended Verified Complaint for Forfeiture *In Rem* filed September 8, 2008, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant funds.

Dated:  April 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge